[No. 52784-3-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LYNN SAUER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 02-1-00848-6, M. Karlynn Haberly, J., entered November 22, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52785-1-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES BALIS HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-00528-1, Jill Johanson, J., entered August 7, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 52787-8-I. Division One. October 20, 2003.]

GATEWAY REAL ESTATE, *Appellant*, v. DOUGLAS M. MATTHEWS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-05749-4, Sergio Armijo, J., entered January 31 and February 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52789-4-I. Division One. October 20, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KEITH L. MCMORRIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-04707-8, Karen L. Strombom, J., entered December 13, 2002. *Affirmed* by unpublished per curiam opinion.